# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WARREN EVANS, | : | No. 144 EM 2019 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Mandamus" is DENIED.